## BILLINGER v. STATE.
### No. 24638.

Court of Criminal Appeals of Texas.

Feb. 15, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged with possessing for the purpose of sale wine and beer in Collin County, Texas, a dry area.

Appellant waived a jury and entered a plea of guilty before the Judge of the County Court, who found him guilty and assessed a fine of $100. From such conviction appellant perfected an appeal to

this court. However, the record is here without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.